**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed November 14, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00686-CR

## IN RE DARRELL WILLIAMS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1491754**

## MEMORANDUM DISSENTING OPINION

The majority recognizes the procedural deficiencies in relator's petition, yet choses to deny relator notice and an opportunity to cure. Due process and due course of law seemingly do not exist for some parties in this court if there is no Texas Rule of Appellate Procedure to require that.

I believe that the federal and state constitutions extend to every litigant before this court and are not so anemic that the lack of procedural rules renders those constitutions impotent. I express no opinion on the merits of the petition for a

writ of mandamus because there is no record on which such a review can be performed.

I dissent.

/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissenting).

Do Not Publish — Tex. R. App. P. 47.2(b).